IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-719-MOC-DCK

| | |
|---|---|
| LESLIE KING II and <br> BUSIC ENTERTAINMENT, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL CHAFFIN and <br> THREE COMMAS, LLC, <br><br> Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) filed by Local Counsel Anna E. Hamel on August 13, 2024.

Applicant Kristina Allen Reliford seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) is **GRANTED**. Kristina Allen Reliford is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: August 13, 2024

David C. Keesler
United States Magistrate Judge