# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:24-CV-719-MOC-DCK

| | |
|---|---|
| LESLIE KING II and ) | |
| BUSIC ENTERTAINMENT, LLC, ) | |
| ) | |
| Plaintiffs, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| MICHAEL CHAFFIN and ) | |
| THREE COMMAS, LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** regarding a discovery dispute between the parties. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

Pursuant to the "Pretrial Order And Case Management Plan" (Document No. 25), Defendants' counsel contacted the undersigned's chambers on or about March 18, 2025, to request a conference regarding a discovery dispute. See (Document No. 25, p. 4). The crux of Defendants' concern is that Plaintiffs' response to Defendants' First Set Of Interrogatories is deficient. Defendants seek more detailed information from Plaintiffs regarding the basis for their defamation claim in response to the first interrogatory.

The undersigned held a telephone conference on March 27, 2025. The undersigned agrees that Plaintiffs need to provide more complete information, or certify in writing that they lack additional information. However, at this stage of the litigation, Plaintiffs will be allowed additional time to supplement their response. The parties are respectfully encouraged to work together to

keep discovery moving smoothly and efficiently, and to schedule depositions as soon as practicable.

**IT IS, THEREFORE, ORDERED** that Plaintiffs shall supplement their response to Defendants' First Set Of Interrogatories on or before **May 23, 2025**.

**IT IS FURTHER ORDERED** that counsel for the parties shall promptly meet and confer in a good faith attempt to identify which witnesses are likely to have information regarding Plaintiffs' defamation claim and which witnesses are likely to have information regarding Plaintiffs' tortious interference claims.

**SO ORDERED**.

Signed: March 27, 2025

David C. Keesler
United States Magistrate Judge