IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-719-MOC-DCK

| | |
|---|---|
| LESLIE KING II and<br>BUSIC ENTERTAINMENT, LLC,<br><br>    Plaintiffs,<br><br>  v.<br><br>MICHAEL CHAFFIN and<br>THREE COMMAS, LLC,<br><br>    Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** regarding a discovery dispute between the parties. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

Pursuant to the "Pretrial Order And Case Management Plan" (Document No. 25), Plaintiffs' counsel contacted the undersigned's chambers on or about June 17, 2025, to request a conference regarding a discovery dispute. See (Document No. 25, p. 4). The crux of Plaintiffs' concern is whether non-party Cornell Haynes, Jr. ("Mr. Haynes") (professionally known as "Nelly") should be allowed to attend, in person, the depositions of Albert Cole, III and Taj McDade.

The undersigned held a telephone conference on June 20, 2025. The undersigned appreciates counsel's informal written submissions preceding the conference, as well as their thoughtful contributions during the call. At the conclusion of the telephone conference, counsel reached a compromise that the undersigned finds is in the best interests of efficient case management and that fairly addresses the concerns of the parties.

**IT IS, THEREFORE, ORDERED** that Mr. Haynes will not attend the depositions of Albert Cole, III and Taj McDade in person; however, Mr. Haynes *may* listen to these depositions via an "audio only" link arranged by counsel for the parties.

**SO ORDERED**.

Signed: June 20, 2025

David C. Keesler
United States Magistrate Judge