IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-719-MOC-DCK

| LESLIE KING II and | ) | |
| BUSIC ENTERTAINMENT, LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL CHAFFIN and | ) | |
| THREE COMMAS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding case deadlines. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

The undersigned notes that the parties jointly requested that the mediation deadline be extended to October 27, 2025, and that the Court promptly granted the parties' request and ordered that a Mediation Report be filed on or before **October 27, 2025**. See (Document Nos. 45 and 46). To date, the parties have failed to file a Mediation Report.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Mediation Report on or before **October 30, 2025**.

**SO ORDERED**.

Signed: October 29, 2025

David C. Keesler
United States Magistrate Judge