IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-719-MOC-DCK

| | |
|---|---|
| LESLIE KING II and ) | |
| BUSIC ENTERTAINMENT, LLC, ) | |
| ) | |
| Plaintiffs, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| MICHAEL CHAFFIN and ) | |
| THREE COMMAS, LLC, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiffs' request for a telephone conference submitted on October 30, 2025, regarding a discovery dispute. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered Plaintiffs' request and the record, the undersigned agreed to hold a telephone conference on November 6, 2025.

Pursuant to the "Pretrial Order And Case Management Plan," Plaintiffs' counsel requested a conference to discuss whether Plaintiffs' proposed 30(b)(6) deposition of non-party William Morris Endeavor Entertainment, LLC ("WME") can proceed after the September 26, 2025, discovery deadline. See (Document No. 25, p. 4). After careful consideration of the Parties' informal written submissions, as well as their arguments during the telephone conference, the undersigned is persuaded that Plaintiffs should be allowed to depose an appropriate representative from WME.

Plaintiffs' counsel is respectfully encouraged to work with Defendants' counsel and WME's counsel to make reasonable accommodations that minimize the inconvenience to all concerned, and to complete WME's deposition as soon as practicable.

**IT IS, THEREFORE, ORDERED** that Plaintiffs may proceed with a 30(b)(6) deposition of non-party William Morris Endeavor Entertainment, LLC.

**IT IS FURTHER ORDERED** that the Parties may, if necessary, file an appropriate motion seeking leave of the Court to supplement pending dispositive motions and/or to extend the trial date.

**SO ORDERED**.

Signed: November 6, 2025

David C. Keesler
United States Magistrate Judge